## STEINMAN DEVELOPMENT CO. v. W. M. RITTER LUMBER CO.

(Circuit Court of Appeals, Fourth Circuit. May 17, 1923.)

No. 2082.

Appeal from the District Court of the United States for the Western District of Virginia, at Big Stone Gap; Henry Clay McDowell, Judge.

Suit in equity by the Steinman Development Company against the W. M. Ritter Lumber Company. From a decree dismissing the bill (290 Fed. 832), complainant appeals. Affirmed.

J. F. Bullitt, of Philadelphia, Pa. (John W. Chalkley, of Big Stone Gap, Va., James L. Camblos, of Norton, Va., and J. F. Bullitt, Jr., of Big Stone Gap, Va., on the brief), for appellant.

Barnes Gillespie, of Tazewell, Va., and John W. Flannagan, Jr., of Clintwood, Va. (Greever & Gillespie, of Tazewell, Va., on the brief), for appellee.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. The questions presented are interesting and important, and the considerations in favor of the contention of appellant are strong. After careful consideration, however, we are persuaded that the weight of reason and authority supports the conclusion of the District Judge. Nothing of substance can be added to his opinion.

Affirmed.